# EXHIBIT A

# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas   •   New York, NY 10036-6799

*Telephone* (212) 790-9200   •   *Web* www.cll.com   •   *Fax* (212) 575-0671

**Mark Montague**
Direct (212) 790-9252
*mxm@cll.com*

July 23, 2013

**VIA CERTIFIED MAIL RETURN RECEIPT REQUEST**

President or General Counsel
Laser Locators, LLC.
12920 Dupont Circle
Tampa, FL 33626

> **Re:   Notice of Patent Rights of Ellex Medical Pty. LTD.**
> **SLT/YAG Combination Laser**
> **Our File: 25446-001A**

Dear Sir or Madam:

We are U.S. intellectual property counsel for Ellex Medical Pty. LTD. and Ellex, Inc. (collectively, "Ellex").

Please be advised that Ellex has developed at substantial expense an SLT/YAG combination laser that is the subject of multiple patents and pending applications. Ellex currently manufactures and sells its SLT/YAG combination laser under the brand name Ellex Tango™.

The following represents a partial list of our client's patents/patent applications that cover its SLT/YAG combination laser: U.S. Patent Application No. 10/847,062, published under publication no. US2004/0215175; European Patent No. EP1540403; and Japanese Patent No. JP2005538782. Enclosed are copies of U.S. Patent Publication No. US2004/0215175 and European Patent No. EP1540403.

Ellex has learned that Laser Locators, LLC. ("Laser Locators") is offering for sale and selling in the United States an SLT/YAG Combination Laser manufactured by LightMed Corp. ("LightMed") of Taipei, Taiwan, which is marketed by LightMed under the brand name

25446/001/1414228.1

**Cowan, Liebowitz & Latman, P.C.**
Laser Locators, LLC.
July 23, 2013
Page 2

"LightLas SelecTor Deux" (hereinafter, for convenience, the "LightMed SLT/YAG Combination Laser"). In particular, our client has learned that Laser Locators has sold a LightMed SLT/YAG Combination Laser to John-Marc Weston, M.D., Weston Eye Center, 2435 NW King Street, Roseburg, OR 97471.

Since we believe that the LightMed SLT/YAG Combination Laser that Laser Locators has sold and currently is offering for sale through the website www.laserlocators.com, as well as through ebay and possibly through other channels, is covered by one or more claims in our client's U.S. patent application, by reason of this communication, Laser Locators now has actual notice in accordance with section 154(d) of Title 35 of the United States Code. This section of the United States Code entitles our client to provisional rights, that is, monetary damages, in all of Laser Locators' sales of this particular product occurring after receipt of this notice along with additional rights and damages for sales of this product occurring after issuance of the U.S. patent.

In view of the foregoing, Ellex demands that Laser Locators immediately cease and desist from further or future marketing, offering-for-sale and selling of the LightMed SLT/YAG Combination Laser. Be advised that if Laser Locators does not cease and desist, Ellex will take all actions available to it in law and equity against Laser Locators, including commencing an action for patent infringement upon the issuance of a U.S. patent.

We expect to receive a written confirmation of Laser Locators' intent to comply immediately with the foregoing demand. This letter is written without prejudice to any and all rights and remedies that our client may have, all of which are expressly reserved.

Sincerely,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Mark Montague

Enclosures:

U.S. Patent Publication No. US2004/0215175
European Patent No. EP1540403

25446/001/1414228.1

US 20040215175A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2004/0215175 A1

Feklistov et al. (43) **Pub. Date:** **Oct. 28, 2004**

(54) **OPHTHALMIC LASER SYSTEM**

(76) Inventors: **Dmitri Feklistov**, Adelaide (AU);
**Malcolm Plunkett**, Adelaide (AU)

Correspondence Address:
**Mark Montague**
**Cowan, Liebowitz & Latman, P.C.**
**1133 Avenue of the Americas**
**New York, NY 10036 (US)**

(21) Appl. No.: **10/847,062**

(22) Filed: **May 17, 2004**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/AU03/01224, filed on Sep. 18, 2003.

(30) **Foreign Application Priority Data**

Sep. 18, 2002 (AU)...................................... 2002951467

**Publication Classification**

(51) Int. Cl.$^7$ .................................................... A61B 18/20
(52) U.S. Cl. ................................................................ 606/4

(57) **ABSTRACT**

An ophthalmic laser system generating a first beam at a wavelength suitable for performing selective laser trabeculoplasty and selectively generating a second beam at a wavelength suitable for performing secondary cataract surgery procedures. The laser system is able to select between directing the first beam or the second beam to the eye of a patient. The first beam is suitably generated at 1064 nm from a Nd:YAG laser and the second beam is frequency doubled to 532 nm in a KTP doubling crystal.



Patent Application Publication   Oct. 28, 2004   Sheet 1 of 5      US 2004/0215175 A1



FIG 1



FIG 2

Patent Application Publication   Oct. 28, 2004   Sheet 3 of 5       US 2004/0215175 A1



FIG 3

Case 3:13-cv-03933-WHO    Document 1-1    Filed 08/23/13    Page 8 of 26



FIG 4



FIG 5                                   FIG 6

Patent Application Publication   Oct. 28, 2004   Sheet 5 of 5        US 2004/0215175 A1



FIG 7

US 2004/0215175 A1

Oct. 28, 2004

1

# OPHTHALMIC LASER SYSTEM

## RELATED APPLICATION

[0001] This application is a continuation-in-part of PCT Application Serial No. PCT/AU03/001224, filed Sep. 18, 2003.

## FIELD OF THE INVENTION

[0002] This invention relates to a treatment laser instrument designed for use by ophthalmologists for performing selective laser trabeculoplasty (for treating glaucoma) procedures and secondary cataract surgery procedures. In particular, the invention relates to an ophthalmic laser system that can operate effectively in both the infrared region (for secondary cataract treatment) and other regions, such as the green region (for glaucoma treatment).

## BACKGROUND TO THE INVENTION

[0003] Glaucoma (abnormal intra-ocular pressure) is a major eye problem that leads to blindness in a significant percentage of the world population. Glaucoma is the most common cause of blindness in the world today. The established technique for treating glaucoma is drug based. Alternative treatment modalities have been sought to avoid the side effects and non-specificity associated with drug based treatments. Over the past few years a technique known as selective laser trabeculoplasty (SLT) has been invented by Latina. The technique is described in U.S. Pat. No. 5,549,596, assigned to The General Hospital Corporation. Latina describes the use of a frequency doubled Nd:YAG laser for the SLT procedure.

[0004] SLT is an improvement over a previously used technique referred to as argon laser trabeculoplasty (ALT). ALT uses a thermal effect to coagulate loose trabecular meshwork cells believed to be present in patients with glaucoma. Because an Argon laser is essentially CW (if pulsed, the pulse duration is long compared to thermal transfer mechanisms) there is significant heat transfer into surrounding tissue. This results in damage to otherwise healthy cells. It has been found that the ALT process can only be used once or twice before collateral damage prevents any further benefit from ALT treatment.

[0005] In contrast, SLT utilizes a pulsed laser (the pulse duration is short compared to thermal effects) so there is minimal heat transfer to surrounding tissue. SLT has been found to be repeatable, unlike the ALT process.

[0006] A detailed discussion of the SLT modality and a comparison with ALT is found in Ocular Surgery News published 1 Mar. 2000.

[0007] Another very common ophthalmic treatment is secondary cataract surgery. The most effective laser for secondary cataract surgery is a Nd:YAG laser operating at 1064 nm. These lasers are typically referred to as photodisruptors as they act by non-thermal mechanisms to cut tissue. A typical ophthalmic laser system consists of the laser head and a beam delivery system coupled to a conventional slit lamp assembly. A typical laser system for secondary cataract surgery is described in U.S. Pat. No. 6,325,792.

[0008] At present, two separate laser systems are necessary to perform the procedures for treating the two most common eye problems.

[0009] An attempt to address the problem of requiring multiple lasers for different treatment modalities has been described in U.S. Pat. No. 6,066,127. This patent describes a system for changing the laser cavity between a pulsed configuration and a continuous wave configuration by introducing a movable intracavity element. This approach is problematic because it is extremely difficult to maintain optimum alignment of the laser cavity with a movable intracavity element.

[0010] A better solution is required.

## SUMMARY OF THE INVENTION

[0011] In one form, although it need not be the only or indeed the broadest form, the invention resides in an ophthalmic laser system comprising a laser module producing a beam of short pulses of radiation with high energy density at a first wavelength; a first beam path incorporating an attenuator, beam shaping optics, and means for directing the beam at said first wavelength to an eye of a patient; a second beam path incorporating a frequency conversion module that converts the beam at the first wavelength to a beam at a second wavelength, an attenuator, and means for directing the beam at said second wavelength to the eye of the patient; and extracavity deflecting means for selectively deflecting the beam at said first wavelength into the second beam path, said means being operable between a first position in which the beam at said first wavelength follows the first beam path and a second position in which the beam at said first wavelength is deflected to said second beam path.

[0012] Preferably the beam at said first wavelength is a 1064 nm beam produced by a Nd:YAG laser, and said beam at said second wavelength is frequency-doubled to 532 nm. The beam is suitably doubled by a KTP doubling crystal or similar frequency doubling device.

[0013] Preferably the extracavity deflecting means comprises a half wave plate and polarizer. The half wave plate is suitably remotely operable, such as by a servo motor or solenoid.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0014] To assist in understanding the invention, preferred embodiments will be described with reference to the following figures in which:

[0015] FIG. 1 shows a general schematic view of an ophthalmic laser system;

[0016] FIG. 2 shows a schematic side view of the photodisruptor optical system of the ophthalmic laser system in FIG. 1; and

[0017] FIG. 3 shows a schematic view of the SLT optical system of the ophthalmic laser system in FIG. 1;

[0018] FIG. 4 shows a schematic view of the energy monitor system;

[0019] FIG. 5 shows a schematic of the beam-shaping module of the photodisruptor optical system;

[0020] FIG. 6 shows a schematic of the beam-shaping module of the SLT optical system; and

[0021] FIG. 7 shows an external view of an ophthalmic treatment device incorporating the ophthalmic laser system.

2

## DETAILED DESCRIPTION OF THE INVENTION

[0022]   Referring to **FIG. 1**, there is shown an embodiment of an ophthalmic laser system **1** useful for treating glaucoma and secondary cataracts. The system is comprised of a laser module **2**, a photodisruptor optical system **3** and SLT optical system **4**, as shown separately in **FIGS. 2 and 3**.

[0023]   The ophthalmic laser system **1** of the present invention combines the photodisruptor optical system **3** and SLT optical system **4** into one integral unit, which uses a single laser module **2**. The laser module **2** is a Q switched Nd:YAG laser operating in the infrared spectrum. The laser emits a beam at 1064 nm wavelength, having a pulse width of less than 5 nsec. Other laser modules (such as Nd:YLF, Yb:YAG, etc) will also be suitable as will be readily apparent to persons skilled in the art.

[0024]   Referring now to **FIG. 1** and **FIG. 2**, a pulsed beam from the laser module **2** is attenuated at attenuator/beam steering module **5**. An energy monitor system **6** measures the energy in each pulse. For the photodisruptor optical system the desired energy density is 0.3-10 mj in an 8-10 $\mu$m spot. A half wave plate **7** within the attenuator/beam steering module **5** is adjusted to regulate the intensity of the pulsed beam in the photodisruptor optical system **3**. A polarizing plate **8** may deflect the pulsed beam to the SLT optical system **4** depending on the orientation of the half wave plate **7**. The function of the attenuator/beam steering module **5** will be described in more detail later.

[0025]   Beam shaping optical module **9** expands the pulsed beam before it travels up to the folding mirror module **10**. The expanded beam is then focused by objective lens **13** to produce the 8-10 $\mu$m beam waist at the treatment site which is required to produce photodisruption. An aiming laser module **11** provides a continuous, visible laser beam that is split into two beams and deflected by folding mirror module **10** to give a targeting reference for the treatment beam. These two aiming laser beams converge with the pulsed treatment beam at the target site in a patient's eye **12** via objective lens **13**. An operator **14** views the patient's eye **12** through the folding mirror module **10**. A safety filter **15** protects the eye of the operator. The folding mirrors **10a, 10b** are positioned so that the viewing axis of the operator is not impeded. It will be appreciated by those skilled in the art that the mirrors may be replaced by prisms or other suitable beam steering optics.

[0026]   Referring to **FIG. 3**, the SLT optical system **4** comprises a mirror **16** that directs a deflected pulsed beam from the polarizing plate **8** in the attenuator/beam steering module **5** of **FIG. 1** to the frequency conversion module, which is a frequency doubling module **17** in the preferred embodiment. To maximize frequency doubling efficiency the entire pulsed beam is deflected by attenuator/beamsteering module **5**. The frequency doubling module **17** converts the output of the laser module to half the wavelength so that the output of the SLT optical system is in the visible spectrum. For the particular embodiment the Nd:YAG laser module operates in the near infrared at 1064 nm which is frequency doubled to 532 nm, which is in the green region of the visible spectrum. The green pulsed beam is effective in treating glaucoma in patients.

[0027]   The pulsed green beam may be attenuated at the SLT attenuator **18** to regulate the energy in the pulsed green beam. An energy monitor system **19** measures the energy in each pulse. For the SLT process the desired energy density is 0.01-5 J/cm$^2$, as described by Latina.

[0028]   Other wavelengths may be suitable for other ophthalmic applications in which case the frequency conversion module may triple or quadruple the fundamental frequency. In some applications it may even be desirable to use a tunable frequency conversion module, such as an optical parametric oscillator.

[0029]   A beam shaping module **20** adjusts the beam profile to provide an even energy distribution at the treatment plane. The green beam then travels to a second folding mirror module **21**. A second aiming laser module **22** provides a single aiming laser beam which is deflected by the second folding mirror **21** and transmitted through folding mirror module **10** and objective lens **13**, as shown in **FIG. 1**. The continuous visible laser aiming beam generated by the second aiming laser module **22** coincides with the green pulsed beam at the target site in a patient's eye **12** via objective lens **13** and contact lens **23**. As mentioned earlier, the mirror could be replaced by prisms or other suitable optical elements.

[0030]   Although two separate aiming laser modules **11, 22** are described, it will be appreciated that a single aiming laser module could be used with appropriate beam deflecting optics, such as a mirror, to direct the aiming laser beam through folding mirror module **10** for off-axis illumination or folding mirror module **21** for on-axis illumination.

[0031]   The present invention provides an ophthalmic laser system for treating glaucoma and secondary cataract conditions, using a single laser source. The present invention integrates two known laser treatment techniques, SLT and photodisruptor, into one integrated system.

[0032]   The method used to direct the laser beam from the laser module **2** to the photodisruptor optical system **3** or the SLT optical system **4** will now be described in detail. Referring to **FIG. 1**, the attenuator/beam steering module **5** first receives a pulsed and linearly polarized beam from laser module **2** at half wave plate **7**. The pulsed beam passes through the half wave plate to the polarizing plate **8**.

[0033]   The orientation of the half wave plate **7** determines the amount of the pulsed beam that is passed through the polarizing plate **8** into the photodisruptor optical system **3**. The orientation of the half wave plate **7** can be adjusted by motorized means so that the polarization angle of the component of the resulting beam which coincides with the transmission characteristic of the polarizing plate **8** will be passed through to the beam shaping module **9**. However, as the half wave plate **7** is rotated, the polarization of the beam is changed. Accordingly, only some portion of the beam will be transmitted.

[0034]   In the photodisruptor mode for treating secondary cataracts, the half wave plate **7** is rotated to permit transmission of the required pulsed laser beam emitted from the laser module **2**. If the SLT mode is required, the half wave plate **7** is oriented so that all the beam is reflected from the

3

polarising plate 8 to the mirror 16 of the SLT optical system 4.

[0035] The ophthalmic laser system described above allows an operator to select the mode of treatment to be administered to a patient, simply by choosing one of two optical paths. A simple adjustment of the half wave plate 7 determines whether a SLT or a photodisruptor mode is chosen for treating glaucoma or secondary cataracts respectively. The adjustment of the half wave plate can be motorized so the selection of treatment modality may be by simple button selection.

[0036] It will be appreciated that the directing of the Nd:YAG laser beam into the photodisruptor module path or the SLT module path can be achieved by any suitable means (such as a mirror) but the use of a polarizing plate is preferred.

[0037] As mentioned above, each optical system includes an energy monitor system in the preferred embodiment. A schematic of the components of an energy monitor system is shown in FIG. 4. A small percentage of the beam is split by optic plate 24 towards a photodiode 25. A number of filters and diffusers 26 are positioned in front of the photodiode 25.

[0038] As seen in FIG. 2, once the pulse beam is attenuated to the desired power, the beam is further conditioned by beam shaping optical module 9. The beam shaping optical module 9 is shown in more detail in FIG. 5. Lenses 27 and 28 form a beam expander which expands the 3 mm diameter beam from the laser module 2 by ten times. The expanded beam is reflected into the optical viewing path by the folding mirror 10 which uses a wavelength selective coating to avoid blocking of the viewing path. The beam from folding mirror 10 is then focused by objective lens 13 to produce the 8-10 $\mu$m beam waist at the treatment site which is required to produce photodisruption.

[0039] Referring to FIG. 6, the SLT beam is conditioned by beam shaping module 20 before the folding mirror module 21. The beam shaping module 20 consists of two lenses 28, 29 that form a beam expander that is designed to produce a well defined treatment spot with an even energy distribution.

[0040] The invention is conveniently embodied in an ophthalmic treatment device of the type shown in FIG. 7. The treatment device 30 is of the conventional form having a slit lamp assembly 31 mounted on a table 32 which is in turn mounted on a height adjusting pedestal 33. The slit lamp assembly 31 is movable with respect to the table 32 using joystick 34, in conventional manner. The ophthalmic laser system is mounted in the body 35 of the slit lamp assembly 31. This is achieved by using a compact laser cavity and careful placement of optical components.

[0041] The ophthalmic laser system is controlled by a control panel 36. The joy stick 34 may incorporate a fire button 37 to fire the laser, or alternatively a foot pedal (not shown) may be used.

[0042] The invention has been described with reference to one particular embodiment however, it should be noted that other embodiments are envisaged within the spirit and scope of the invention. For instance, one or two aiming lasers could be used, the photodisruptor or SLT beam path could be selected by a movable mirror, or the beam shaping optics could have a different configuration.

What is claimed is:

1. An ophthalmic laser system, comprising:

a laser module adapted to produce a beam of short pulses of radiation with high energy density at a first wavelength;

a first beam path incorporating an attenuator, beam shaping optics, and means for directing the beam at said first wavelength to an eye of a patient;

a second beam path incorporating a frequency conversion module that converts the beam at the first wavelength to a beam at a second wavelength, an attenuator, and means for directing the beam at said second wavelength to the eye of the patient; and

extracavity deflecting means for selectively deflecting the beam at said first wavelength into the second beam path, said extracavity deflecting means being operable between a first position in which the beam at said first wavelength follows the first beam path and a second position in which the beam at said first wavelength is deflected to said second beam path.

2. The ophthalmic laser system of claim 1, wherein the extracavity deflecting means comprises a half wave plate and polarizer.

3. The ophthalmic laser system of claim 1, wherein said half wave plate is rotatable by motorized means.

4. The ophthalmic laser system of claim 1, wherein the half wave plate is remotely operable.

5. The ophthalmic laser system of claim 1, further comprising means for remotely selecting between said first beam path and said second beam path.

6. The ophthalmic laser system of claim 1, wherein the laser module is a flashlamp pumped, solid state laser.

7. The ophthalmic laser system of claim 1, wherein the laser module is a Nd:YAG laser producing said beam at said first wavelength at a wavelength of 1064 nm, and said beam at said second wavelength is frequency-doubled to 532 nm.

8. The ophthalmic laser system of claim 1, wherein said beam shaping optics in said first beam path comprises a beam expander.

9. The ophthalmic laser system of claim 1, wherein said first beam path further incorporates an energy monitor system.

10. The ophthalmic laser system of claim 1, further comprising an aiming laser providing a targeting reference for said beam at said first wavelength.

11. The ophthalmic laser system of claim 1, wherein the frequency conversion module comprises a KTP doubling crystal or similar frequency conversion device.

12. The ophthalmic laser system of claim 1, wherein said second beam path further incorporates an energy monitor system.

13. The ophthalmic laser system of claim 1, wherein said second beam path further incorporates beam shaping optics.

14. The ophthalmic laser system of claim 1, further comprising an aiming laser providing a targeting reference for said beam at said second wavelength.

15. An ophthalmic laser system for selective treatment of glaucoma and/or secondary cataracts, comprising:

US 2004/0215175 A1

Oct. 28, 2004

4

a laser module adapted to produce a beam of short pulses of radiation with high energy density at a first wavelength;

a first beam path incorporating an attenuator, beam shaping optics, and means for directing the beam at said first wavelength to an eye of a patient for secondary cataract treatment;

a second beam path incorporating a frequency conversion module that converts the beam at the first wavelength to a beam at a second wavelength, an attenuator, and means for directing the beam at said second wavelength to the eye of the patient for glaucoma treatment;

extracavity deflecting means for selectively deflecting the beam at said first wavelength into the second beam path, said means being operable between a first position in which the beam at said first wavelength follows the first beam path and a second position in which the beam at said first wavelength is deflected to said second beam path; and

means for remotely selecting between said first beam path for secondary cataract treatment and said second beam path for glaucoma treatment.

16. An ophthalmic laser system, comprising:

a laser module adapted to produce a beam of short pulses of radiation with high energy density at a first wavelength;

a first beam path incorporating an attenuator, beam shaping optics, and a mirror that directs the beam at said first wavelength to an eye of a patient;

a second beam path incorporating a frequency conversion module that converts the beam at the first wavelength to a beam at a second wavelength, an attenuator, and a mirror that directs the beam at said second wavelength to the eye of the patient; and

extracavity deflecting means comprising a half wave plate and polarizer combination that selectively deflects the beam at said first wavelength into the second beam path, said extracavity deflecting means being operable between a first position in which the beam at said first wavelength follows the first beam path and a second position in which the beam at said first wavelength is deflected to said second beam path.

17. An ophthalmic treatment device, comprising:

a slit lamp assembly; and

an ophthalmic laser system mounted within a body of the slit lamp assembly, the ophthalmic laser system including:

a laser module adapted to produce a beam of short pulses of radiation with high energy density at a first wavelength;

a first beam path incorporating an attenuator, beam shaping optics, and means for directing the beam at said first wavelength to an eye of a patient;

a second beam path incorporating a frequency conversion module that converts the beam at the first wavelength to a beam at a second wavelength, an attenuator, and means for directing the beam at said second wavelength to the eye of the patient; and

extracavity deflecting means for selectively deflecting the beam at said first wavelength into the second beam path, said extracavity deflecting means being operable between a first position in which the beam at said first wavelength follows the first beam path and a second position in which the beam at said first wavelength is deflected to said second beam path.

\*    \*    \*    \*    \*

(19)

Europäisches
Patentamt
European
Patent Office
Office européen
des brevets



(11)    **EP 1 540 403 B1**

(12)    **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the grant of the patent:
**12.05.2010  Bulletin 2010/19**

(21) Application number: **03797087.8**

(22) Date of filing: **18.09.2003**

(51) Int Cl.:
*G02B 13/14* (2006.01)      *G02B 27/10* (2006.01)
*A61B 18/20* (2006.01)      *A61F 9/008* (2006.01)

(86) International application number:
**PCT/AU2003/001224**

(87) International publication number:
**WO 2004/027487 (01.04.2004 Gazette 2004/14)**

(54) **OPHTHALMIC LASER SYSTEM**

LASERSYSTEM FÜR DIE AUGENMEDIZIN

SYSTEME LASER OPHTALMIQUE

(84) Designated Contracting States:
**AT BE BG CH CY CZ DE DK EE ES FI FR GB GR
HU IE IT LI LU MC NL PT RO SE SI SK TR**

(30) Priority: **18.09.2002  AU 2002951467**

(43) Date of publication of application:
**15.06.2005  Bulletin 2005/24**

(73) Proprietor: **Ellex Medical PTY LTD
Adelaide, South Australia 5000 (AU)**

(72) Inventors:
• **PLUNKETT, Malcolm
Adelaide, South Australia 5000 (AU)**

• **FEKLISTOV, Dmitri
Grange, South Australia 5022 (AU)**

(74) Representative: **Gervasi, Gemma et al
Notarbartolo & Gervasi S.p.A.
Corso di Porta Vittoria 9
20122 Milano (IT)**

(56) References cited:
**EP-A- 1 086 674      EP-A- 1 184 947
US-A- 6 066 127**

Note: Within nine months of the publication of the mention of the grant of the European patent in the European Patent Bulletin, any person may give notice to the European Patent Office of opposition to that patent, in accordance with the Implementing Regulations. Notice of opposition shall not be deemed to have been filed until the opposition fee has been paid. (Art. 99(1) European Patent Convention).

**EP 1 540 403 B1**

## Description

[0001]    This invention relates to a treatment laser instrument designed for use by ophthalmologists for performing selective laser trabeculoplasty (for treating glaucoma) procedures and secondary cataract surgery procedures. In particular, the invention relates to an ophthalmic laser system that can operate effectively in both the infrared region (for secondary cataract treatment) and the green region (for glaucoma treatment).

## BACKGROUND TO THE INVENTION

[0002]    Glaucoma (abnormal intra-ocular pressure) is a major eye problem that leads to blindness in a significant percentage of the world population. Glaucoma is the most common cause of blindness in the world today. The established technique for treating glaucoma is drug based. Alternative treatment modalities have been sought to avoid the side effects and non-specificity associated with drug based treatments. Over the past few years a technique known as selective laser trabeculoplasty (SLT) has been invented by Latina. The technique is described in United States patent number 5549596, assigned to The General Hospital Corporation. Latina describes the use of a frequency doubled Nd:YAG laser for the SLT procedure.

[0003]    SLT is an improvement over a previously used technique referred to as argon laser trabeculoplasty (ALT). ALT uses a thermal effect to coagulate loose trabecular meshwork cells believed to be present in patients with glaucoma. Because an Argon laser is essentially CW (if pulsed, the pulse duration is long compared to thermal transfer mechanisms) there is significant heat transfer into surrounding tissue. This results in damage to otherwise healthy cells. It has been found that the ALT process can only be used once or twice before collateral damage prevents any further benefit from ALT treatment.

[0004]    In contrast, SLT utilizes a pulsed laser (the pulse duration is short compared to thermal effects) so there is minimal heat transfer to surrounding tissue. SLT has been found to be repeatable, unlike the ALT process.

[0005]    A detailed discussion of the SLT modality and a comparison with ALT is found in Ocular Surgery News published 1 March 2000.

[0006]    Another very common ophthalmic treatment is secondary cataract surgery. The most effective laser for secondary cataract surgery is a Nd:YAG laser operating at 1064nm. These lasers are typically referred to as photodisruptors as they act by non-thermal mechanisms to cut tissue. A typical ophthalmic laser system consists of the laser head and a beam delivery system coupled to a conventional slit lamp assembly. A typical laser system for secondary cataract surgery is described in United States patent number 6325792.

[0007]    Another state of the art laser treatment apparatus which performs a medical or surgical treatment using laser-beam irradiation is described in US patent number 6066127. The apparatus has a solid-state laser medium for obtaining a laser beam and an excitation light source for exciting the solid-state laser medium. The apparatus further has a first optical system having a Q-switch which emits tight oscillated by the solid-state laser medium as a pulse wave laser beam and a second optical system which emits the light oscillated by the solid-state laser medium as a continuous wave laser beam. An optical path for the light oscillated by the solid-state laser medium is switched to one of optical paths of the first and second optical systems. With this apparatus, plural oscillation modes and wavelengths can be switched over in accordance with the treatment object.

[0008]    At present, two separate laser systems are necessary to perform the procedures for treating the two most common eye problems.

## DISCLOSURE OF THE INVENTION

[0009]    The invention is defined in appended claim 1.

[0010]    Preferably the beam is suitably doubled by a KTP doubling crystal or similar frequency doubling device.

[0011]    Preferably the extracavity deflecting means comprises a half wave plate and polarizer. The half wave plate is suitably remotely operable, such as by a servo motor or solenoid.

[0012]    Other prefered embodiments are described in the dependent claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0013]    To assist in understanding the invention, preferred embodiments will be described with reference to the following figures in which:

FIG 1 shows a general schematic view of an ophthalmic laser system;
FIG 2 shows a schematic side view of the photodisruptor optical system of the ophthalmic laser system in FIG 1; and
FIG 3 shows a schematic view of the SLT optical system of the ophthalmic laser system in FIG 1;
FIG 4 shows a schematic view of the energy monitor system;
FIG 5 shows a schematic of the beam-shaping module of the photodisruptor optical system; and
FIG 6 shows a schematic of the beam-shaping module of the SLT optical system.

## DETAILED DESCRIPTION OF THE DRAWINGS

[0014]    Referring to FIG 1, there is shown an embodiment of an ophthalmic laser system 1 useful for treating glaucoma and secondary cataracts. The system is comprised of a laser module 2, a photodisruptor optical system 3 and SLT optical system 4, as shown separately in FIG 2 sand 3.

3                    **EP 1 540 403 B1**                    4

**[0015]** The ophthalmic laser system 1 or the present invention combines the photodisruptor optical system 3 and SLT optical system 4 into one integral unlit, which uses a single laser module 2. The laser module 2 is a Q switched Nd:YAG laser operating in the infrared spectrum. The laser emits a beam at 1064 nm wavelength, having a pulse width of less than 5nsec. Other laser modules (such as Nd:YLF, Yb:YAG, etc), not according to the invention, will also be suitable as will be readily apparent to persons tilled in the art.

**[0016]** Referring now to FIG 1 and FIG 2, a pulsed beam from the laser module 2 is attenuated at attenuator/beam steering module 5. An energy monitor system 6 measures the energy in each pulse. For the photodisruptor optical system the desired energy density is 0.3-10mj in an 8-10μm spot. A half wave plate 7 within the attenuator/beam steering module 5 is adjusted to regulate the intensity of the pulsed beam in the photodisruptor optical system 3. A polarizing plate 8 may deflect the pulsed beam to the SLT optical system 4 depending on the orientation of the half wave plate 7. The function of the attenuator/beam steering module 5 will be described in more detail later.

**[0017]** Beam shaping optical module 9 expands the pulsed beam before it travels up to the folding mirror module 10. The expanded, beam is then focused by objective lens 13 to produce the 8 - 10 μm beam waist at the treatment site which is required to produce photodisruption. An aiming laser module 11 provides a continuous, visible laser beam that is split into two beams and deflected by folding mirror module 10 to give a targeting reference for the treatment beam. These two aiming laser beams converge with the pulsed treatment beam at the target site in a patient's eye 12 via objective lens 13. An operator 14 views the patient's eye 12 through the folding mirror module 10. A safety filter 15 protects the eye of the operator. The folding mirrors 10a, 10b are positioned so that the viewing axis of the operator is not impeded.

**[0018]** Referring to FIG 3, the SLT optical system 4 comprises a mirror 16 that directs a deflected pulsed beam from the polarizing plate 8 in the attenuator/beam steering module 5 of FIG 1 to the frequency doubling module 17. To maximize frequency doubling efficiency the entire pulsed beam is deflected by attenuator/beam-steering module 5. The frequency doubling module 17 converts the output of the laser module to half the wavelength so that the output of the SLT optical system is in the visible spectrum. For the particular embodiment the Nd:YAG laser module operates in the near infrared at 1064nm which is frequency doubled to 532nm, which is in the green region of the visible spectrum. The green pulsed beam is effective in treating glaucoma in patients.

**[0019]** The pulsed green beam may be attenuated at the SLT attenuator 18 to regulate the energy in the pulsed green beam. An energy monitor system 19 measures the energy in each pulse. For the SLT process the desired energy density is 0.01-5J/cm$^2$, as described by Latina.

**[0020]** A beam shaping module 20 adjusts the beam profile to provide an even energy distribution at the treatment plane. The green beam then travels to a second folding mirror module 21. A second aiming laser module 22 provides a single aiming laser beam which is deflected by the second folding mirror 21 and transmitted through folding mirror module 10 and objective lens 13, as shown in FIG 1. The continuous visible laser aiming beam generated by the second aiming laser module 22 coincides with the green pulsed beam at the target site in a patient's eye 12 via objective lens 13 and contact lens 23.

**[0021]** Although two separate aiming laser modules 11, 22 are described, it will be appreciated that a single aiming laser module could be used with appropriate beam deflecting optics, such as a mirror, to direct the aiming laser beam through folding mirror module 10 for off-axis illumination or folding mirror module 21 for, on-axis illumination.

**[0022]** The present invention provides an ophthalmic laser system for treating glaucoma and secondary cataract conditions, using a single laser source. The present invention integrates two known laser treatment techniques, SLT and photodisruptor, into one integrated system.

**[0023]** The method used to direct the laser beam from the laser module 2 to the photodisruptor optical system 3 or the SLT optical system 4 will now be described in detail. Referring to FIG 1, the attenuator/beam steering module 5 first receives a pulsed and linearly polarized beam from laser module 2 at half wave plate 7. The pulsed beam passes through the half wave plate to the polarizing plate 8.

**[0024]** The orientation of the half wave plate 7 determines the amount of the pulsed beam that is passed through the polarizing plate 8 into the photodisruptor optical system 3. The orientation of the half wave plate 7 can be adjusted by motorized means so that the polarization angle of the component of the resulting beam which coincides with the transmission characteristic of the polarizing plate 8 will be passed through to the beam shaping module 9. However, as the half wave plate 7 is rotated, the polarization of the beam is changed. Accordingly, only some portion of the beam will be transmitted.

**[0025]** In the photodisruptor mode for treating secondary cataracts, the half wave plate 7 is rotated to permit transmission of the required pulsed laser beam emitted from the laser module 2. If the SLT mode is required, the half wave plate 7 is oriented so that all the beam is reflected from the polarising plate 8 to the mirror 16 of the SLT optical system 4.

**[0026]** The ophthalmic laser system described above allows an operator to select the mode of treatment to be administered to a patient, simply by choosing one of two optical paths. A simple adjustment of the half wave plate 7 determines whether a SLT or a photodisruptor mode is chosen for treating glaucoma or secondary cataracts respectively. The adjustment of the half wave plate can be motorized so the selection of treatment modality may be by simple button selection.

5                               EP 1 540 403 B1                               6

[0027]    It will be appreciated that the directing of the Nd:YAG laser beam into the photodisruptor module path or the SLT module path can be achieved by any suitable means (such as a mirror) but the use of a polarizing plate is preferred.

[0028]    As mentioned above, each optical system includes an energy monitor system in the preferred embodiment. A schematic of the components of an energy monitor system is shown in FIG 4. A small percentage of the beam is split by optic plate 24 towards a photodiode 25. A number of filters and diffusers 26 are positioned in front of the photodiode 25.

[0029]    As seen in FIG 2, once the pulse beam is attenuated to the desired power, the beam is further conditioned by beam shaping optical module 9. The beam shaping optical module 9 is shown in more detail in FIG 5. Lenses 27 and 28 form a beam expander which expands the 3mm diameter beam from the laser module 2 by ten times. The expanded beam is reflected into the optical viewing path by the folding mirror 10 which uses a wavelength selective coating to avoid blocking of the viewing path. The beam from folding mirror 10 is then focused by objective lens 13 to produce the 8 - 10 $\mu$m beam waist at the treatment site which is required to produce photodisruption .

[0030]    Referring to FIG 6, the SLT beam is conditioned by beam shaping module 20 before the folding mirror module 21. The beam shaping module 20 consists of two lenses 28, 29 that form a beam expander that is designed to produce a well defined treatment spot with an even energy distribution.

[0031]    The invention has been described with reference to one particular embodiment however, it should be noted that other embodiments are envisaged within the scope of the invention. For instance, one or two aiming lasers could be used, the photodisruptor or SLT beam path could be selected by a movable mirror, or the beam shaping optics could have a different configuration.

## Claims

1.    An ophthalmic laser system (1) comprising:

   a Nd:YAG laser module (2) producing a beam of short pulses of radiation with high energy density at a first wavelength;
   a first beam path incorporating an attenuator (7), beam shaping optics (9), and means for directing (10) the beam at said first wavelength to an eye of a patient;
   a second beam path incorporating a frequency doubling module (17) that converts the beam at the first wavelength to a beam at a second wavelength, an attenuator (18), and means for directing (21) the beam at said second wavelength to the eye of the patient; and
   extracavity deflecting means (8) for selectively

deflecting the beam at said first wavelength into the second beam path, said means being operable between a first position in which the beam at said first wavelength follows the first beam path and a second position in which the beam at said first wavelength is deflected to said second beam path;
wherein said first wavelength is nominally 1064nm and is for secondary cataract treatment and said second wavelength is nominally 532nm and is for glaucoma treatment.

2.    The ophthalmic laser system of claim 1 wherein the laser module is a flashlamp pumped, solid state laser.

3.    The ophthalmic laser system of claim 1 wherein said beam shaping optics in said first beam path comprises a beam expander.

4.    the ophthalmic laser system of claim 1 wherein said first beam path further incorporates an energy monitor system.

5.    The ophthalmic laser system of claim 1 further comprising an aiming laser providing a targeting reference for said beam at said first wavelength.

6.    The ophthalmic laser system of claim 1 wherein the frequency doubting module comprises a KTP doubling crystal or similar frequency doubting device.

7.    The ophthalmic laser system of claim 1 wherein said second beam path further incorporates an energy monitor system.

8.    The ophthalmic laser system of claim 1 wherein said second beam path further incorporates beam shaping optics.

9.    The ophthalmic laser system of claim 1 further comprising an aiming laser providing a targeting reference for said beam at said second wavelength.

10.    The ophthalmic laser system of claim 1 wherein the extracavity deflecting means comprises a half wave plate and polarizer.

11.    The ophthalmic laser system of claim 10 wherein said half wave plate is rotatable by motorized means.

12.    The ophthalmic laser system of claim 10 wherein the half wave plate its remotely operable.

13.    The ophthalmic laser system of claim 1 further comprising means for remotely selecting between said first beam path and said second beam path.

EP 1 540 403 B1

## Patentansprüche

1. Ophthalmisches Lasersystem (1), umfassend:

   ein Nd:YAG Lasermodul (2), das einen Strahl kurzer Strahlungspulse mit hoher Energiedichte mit einer ersten Wellenlänge erzeugt;
   einen ersten Strahlengang, enthaltend einen Abschwächer (7), eine Strahlformoptik (9) und ein Mittel zum Ausrichten (10) des Strahls mit der ersten Wellenlänge auf ein Auge eines Patienten;
   einen zweiten Strahlengang, enthaltend ein Frequenzverdopplungsmodul (17), das den Strahl mit der ersten Wellenlänge in einen Strahl mit einer zweiten Wellenlänge umwandelt, einen Abschwächer (18) und ein Mittel zum Ausrichten (21) des Strahls mit der zweiten Wellenlänge auf das Auge des Patienten; und
   Extrakavitätsablenkungsmittel (8) zum wahlweisen Ablenken des Strahls mit der ersten Wellenlänge in den zweiten Strahlengang, wobei das Mittel zwischen einer ersten Position, in welcher der Strahl mit der ersten Wellenlänge dem ersten Strahlengang folgt, und einer zweiten Position, in welcher der Strahl mit der ersten Wellenlänge zu dem zweiten Strahlengang abgelenkt wird, betreibbar ist;
   wobei die erste Wellenlänge nominell 1064 nm beträgt und für eine sekundäre Kataraktbehandlung vorgesehen ist und die zweite Wellenlänge nominell 532 nm beträgt und für eine Glaukombehandlung vorgesehen ist.

2. Ophthalmisches Lasersystem nach Anspruch 1, wobei das Lasermodul ein blitzleuchtengepumpter Festkörperlaser ist.

3. Ophthalmisches Lasersystem nach Anspruch 1, wobei die Strahlformoptik in dem ersten Strahlengang einen Strahlaufweiter umfasst.

4. Ophthalmisches Lasersystem nach Anspruch 1, wobei der erste Strahlengang ferner ein Energieüberwachungssystem enthält.

5. Ophthalmisches Lasersystem nach Anspruch 1, ferner umfassend einen Ziellaser, der eine Zielreferenz für den Strahl mit der ersten Wellenlänge schafft.

6. Ophthalmisches Lasersystem nach Anspruch 1, wobei das Frequenzverdopplermodul einen KTP-Verdopplerkristall oder eine ähnliche Frequenzverdopplervorrichtung aufweist.

7. Ophthalmisches Lasersystem nach Anspruch 1, wobei der zweite Strahlengang ferner ein Energieüberwachungssystem enthält.

8. Ophthalmisches Lasersystem nach Anspruch 1, wobei der zweite Strahlengang ferner eine Strahlformungsoptik enthält.

9. Ophthalmisches Lasersystem nach Anspruch 1, ferner umfassend einen Ziellaser, der eine Zielreferenz für den Strahl mit der zweiten Wellenlänge schafft.

10. Ophthalmisches Lasersystem nach Anspruch 1, wobei das Extrakavitätsablenkungsmittel eine Halbwellenplatte und einen Polarisator aufweist.

11. Ophthalmisches Lasersystem nach Anspruch 10, wobei die Halbwellenplatte durch motorisierte Mittel drehbar ist.

12. Ophthalmisches Lasersystem nach Anspruch 10, wobei die Halbwellenplatte fernbedienbar ist.

13. Ophthalmisches Lasersystem nach Anspruch 1, ferner umfassend Mittel zum Fernauswählen zwischen dem ersten Strahlengang und dem zweiten Strahlengang.

## Revendications

1. Système laser ophtalmique (1) comportant :

   un module laser (2) Nd:YAG produisant un faisceau de brèves impulsions de rayonnement ayant une densité d'énergie élevée à une première longueur d'onde,
   un premier trajet de faisceau incorporant un atténuateur (7), un dispositif optique de mise en forme de faisceau (9), et des moyens pour diriger (10) le faisceau à ladite première longueur d'onde vers un oeil d'un patient,
   un second trajet de faisceau incorporant un module de doublement de fréquence (17) qui convertit le faisceau à la première longueur d'onde en un faisceau à une seconde longueur d'onde, un atténuateur (18), et des moyens pour diriger (21) le faisceau à ladite seconde longueur d'onde vers l'oeil du patient, et
   des moyens de déviation extracavité (8) pour dévier de manière sélective le faisceau à ladite première longueur d'onde dans le second trajet de faisceau, lesdits moyens étant opérationnels entre une première position dans laquelle le faisceau à ladite première longueur d'onde suit le premier trajet de faisceau et une seconde position dans laquelle le faisceau à ladite première longueur d'onde est dévié vers ledit second trajet de faisceau,
   dans lequel ladite première longueur d'onde est nominalement de 1064 nm et est destinée à un traitement de la cataracte secondaire et ladite

9                    **EP 1 540 403 B1**                    10

seconde longueur d'onde est nominalement de 532 nm et est destinée à un traitement du glaucome.

2. Système laser ophtalmique selon la revendication 1, dans lequel le module laser est un laser à l'état solide, pompé par lampe éclair.

3. Système laser ophtalmique selon la revendication 1, dans lequel ledit dispositif optique de mise en forme de faisceau dans ledit premier trajet de faisceau comporte un dilatateur de faisceau.

4. Système laser ophtalmique selon la revendication 1, dans lequel ledit premier trajet de faisceau incorpore en outre un système de surveillance d'énergie.

5. Système laser ophtalmique selon la revendication 1, comportant en outre un laser de visée fournissant une référence de cible pour ledit faisceau à ladite première longueur d'onde.

6. Système laser ophtalmique selon la revendication 1, dans lequel le module de doublement de fréquence comporte un cristal de doublement KTP ou un dispositif similaire de doublement de fréquence.

7. Système laser ophtalmique selon la revendication 1, dans lequel ledit second trajet de faisceau incorpore en outre un système de surveillance d'énergie.

8. Système laser ophtalmique selon la revendication 1, dans lequel ledit second trajet de faisceau incorpore en outre un dispositif optique de mise en forme de faisceau.

9. Système laser ophtalmique selon la revendication 1, comportant en outre un laser de visée fournissant une référence de cible pour ledit faisceau à ladite seconde longueur d'onde.

10. Système laser ophtalmique selon la revendication 1, dans lequel les moyens de déviation extracavité comportent une lame demi-onde et un polariseur.

11. Système laser ophtalmique selon la revendication 10, dans lequel la lame demi-onde peut être mise en rotation par des moyens motorisés.

12. Système laser ophtalmique selon la revendication 10, dans lequel la lame demi-onde peut fonctionner à distance.

13. Système laser ophtalmique selon la revendication 1, comportant en outre des moyens pour sélectionner à distance entre ledit premier trajet de faisceau et ledit second trajet de faisceau.

# EXHIBIT B

# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas   •   New York, NY 10036-6799

*Telephone* (212) 790-9200   •   *Web* www.cll.com   •   *Fax* (212) 575-0671

**Mark Montague**
Direct (212) 790-9252
*mxm@cll.com*

July 25, 2013

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Mr. Woody Witt
Owner and CEO
Woodlyn Ophthalmic Instruments & Equipment
2920 Malmo Drive
Arlington Heights, IL 60005

> **Re:    Notice of Patent Rights of Ellex Medical Pty. LTD.**
> **SLT/YAG Combination Laser**
> **Our File: 25446-001A**

Dear Sir or Madam:

We are U.S. intellectual property counsel for Ellex Medical Pty. LTD. and Ellex, Inc. (collectively, "Ellex").

Please be advised that Ellex has developed at substantial expense an SLT/YAG combination laser that is the subject of multiple patents and pending applications. Ellex currently manufactures and sells its SLT/YAG combination laser under the brand name Ellex Tango™.

The following represents a partial list of our client's patents/patent applications that cover its SLT/YAG combination laser: U.S. Patent Application No. 10/847,062, published under publication no. US2004/0215175; European Patent No. EP1540403; and Japanese Patent No. JP2005538782. Enclosed are copies of U.S. Patent Publication No. US2004/0215175 and European Patent No. EP1540403.

Ellex has learned that Woodlyn Ophthalmic Instruments & Equipment ("you") is offering for sale and likely selling in the United States an SLT/YAG Combination Laser manufactured by

25446/001/1415052.1

**Cowan, Liebowitz & Latman, P.C.**
Mr. Woody Witt
Woodlyn Ophthalmic Instruments & Equipment, LLC.
July 25, 2013
Page 2

LightMed Corp. ("LightMed") of Taipei, Taiwan, which is marketed by LightMed under the brand name "LightLas SelecTor Deux" as well as "LightLas Deux SLT/YAG Combo" (hereinafter, the "LightMed SLT/YAG Combination Laser"). For instance, your website www.woodlyn.co/lightmed/ clearly shows for sale this product, but you may be offering this product for sale also through other channels.

Since we believe that the LightMed SLT/YAG Combination Laser that you are currently offering for sale is covered by one or more claims in our client's U.S. patent application, by reason of this communication, you now have actual notice in accordance with section 154(d) of Title 35 of the United States Code. This section of the United States Code entitles our client to provisional rights, that is, monetary damages, in all of your sales of this particular product occurring after receipt of this notice along with additional rights and damages for sales of this product occurring after issuance of a U.S. patent that covers the product.

In view of the foregoing, Ellex demands that you immediately cease and desist from further or future marketing, offering-for-sale and selling of the LightMed SLT/YAG Combination Laser. Be advised that if you do not cease and desist, Ellex will take all actions available to it in law and equity against your company, including commencing an action for patent infringement upon the issuance of a U.S. patent.

We expect to receive a written confirmation of your intent to comply immediately with the foregoing demand. This letter is written without prejudice to any and all rights and remedies that our client may have, all of which are expressly reserved.

Sincerely,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____
Mark Montague

Enclosures:

U.S. Patent Publication No. US2004/0215175
European Patent No. EP1540403

25446/001/1415052.1

# Enclosures Omitted

# Cowan, Liebowitz & Latman, P.C.

LAW OFFICES

1133 Avenue of the Americas   •   New York, NY  10036-6799

*Telephone* (212) 790-9200   •   *Web* www.cll.com   •   *Fax* (212) 575-0671

**Mark Montague**
Direct (212) 790-9252
*mxm@cll.com*

August 15, 2013

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Mr. Carlos Barron
Barron Medical
16723 Bear Creek Ave.
Chino Hills, CA 91709-7926

> **Re:   Notice of Patent Rights of Ellex Medical Pty. LTD.**
> **SLT/YAG Combination Laser**
> **Our File: 25446-001A**

Dear Sir or Madam:

We are U.S. intellectual property counsel for Ellex Medical Pty. LTD. and Ellex, Inc. (collectively, "Ellex").

Please be advised that Ellex has developed at substantial expense an SLT/YAG combination laser that is the subject of multiple patents and pending applications. Ellex currently manufactures and sells its SLT/YAG combination laser under the brand name Ellex Tango™.

The following represents a partial list of our client's patents/patent applications that cover its SLT/YAG combination laser: U.S. Patent Application No. 10/847,062, published under publication no. US2004/0215175; European Patent No. EP1540403; and Japanese Patent No. JP2005538782. Enclosed are copies of U.S. Patent Publication No. US2004/0215175 and European Patent No. EP1540403.

Ellex has learned that your company Barron Medical consults on and offers for sale ophthalmic products manufactured by LightMed Corp. ("LightMed") of Taipei, Taiwan.

25446/001/1418890.1

**Cowan, Liebowitz & Latman, P.C.**

Mr. Carlos Barron
Barron Medical
August 15, 2013
Page 2

Be advised that LightMed manufactures an SLT/YAG Combination Laser, which is marketed under the brand names "LightLas SelecTor Deux" and "LightLas Deux SLT/YAG Combo," that we believe is covered by one or more claims in our client's U.S. patent application. Accordingly, by reason of this communication, you and your company now have actual notice in accordance with section 154(d) of Title 35 of the United States Code. This section of the United States Code entitles our client to provisional rights, that is, monetary damages, in all of your sales of this particular product occurring after receipt of this notice along with additional rights and damages for sales of this product occurring after issuance of a U.S. patent with claims that suitably cover the product.

In view of the foregoing, Ellex demands that you do not market, offer-for-sale or sell the LightMed SLT/YAG Combination Laser. Be advised that if you offer-for-sale or sell this product after your receipt of this letter, whether through your website www.eyehaveit.com, through your sales representatives or through other channels, Ellex will take all actions available to it in law and equity against your company, including commencing an action for patent infringement upon the issuance of a U.S. patent.

This letter is written without prejudice to any and all rights and remedies that our client may have, all of which are expressly reserved.

Sincerely,

COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____

Mark Montague

Enclosures:

U.S. Patent Publication No. US2004/0215175
European Patent No. EP1540403

25446/001/1418890.1

# Enclosures Omitted